IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20550
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

SAMORA AHMED-HAFAN EDWARDS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-95-CR-235-3
- - - - - - - - - -
February 24, 1997

Before SMITH, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Samora Ahmed-Hafan Edwards appeals his convictions for
aiding and abetting a bank robbery and aiding and abetting the
use of a firearm during a crime of violence.  He contends that
the district court erred when it found that a bank employee, Elva
Vasquez, suffered a "serious bodily injury" and that the
guidelines provision defining "serious bodily injury" is
unconstitutionally vague.  The district court did not clearly err
in finding that Vasquez, who could not open her mouth or eat

_____

        [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

normally for ninety days, suffered a serious bodily injury.
United States v. Davis, 19 F.3d 166, 171 (5th Cir. 1994); United
States v. Page, 84 F.3d 38, 43 (1st Cir. 1996).  As applied to
Edwards, the guidelines are not unconstitutionally vague because
Vasquez suffered an impairment as a result of her injuries;
Edwards has not shown error, plain or otherwise.  United States
v. Knowles, 29 F.3d 947, 950 (5th Cir. 1994).

AFFIRMED.